AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**SHAWN SCHROLL et al.,**
           **Plaintiffs,**

           vs.                                                                                   Case Number:   **06-2200**

**BOARD OF EDUCATION CHAMPAIGN**
**COMMUNITY UNIT SCHOOL DISTRICT #4 et al.,**
           **Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that summary judgment is entered in favor of defendant Board of Education Champaign Community Unite School District #4 and against the plaintiffs.

   IT IS FURTHER ORDERED AND ADJUDGED pursuant to Minute Entry entered January 30, 2007, Defendants Illinois State Board of Education and Dr. Robert Ladenson are dismissed.

    IT IS FURTHER ORDERED AND ADJUDGED pursuant to Minute Entry entered March 29, 2007, Defendant Champaign Community Unit School District No 4 is dismissed.

                                                       ENTER this 10th day of August, 2007.

                                                       s/John M. Waters, Clerk
                                                       _____
                                                       JOHN M. WATERS, CLERK


                                                       s/S. Johnson
                                                       _____
                                                             BY:  DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case

2:06-cv-02200-DGB   # 34   Page 2 of 2

AO 450 (Rev. 5/85) Judgment in a Civil Case